UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHERYL MARDO | : | |
| | : | |
| v. | : | C.A. No. 07-281ML |
| | : | |
| MICHAEL ASTRUE, Commissioner, | : | |
| Social Security Administration | : | |

**SHOW CAUSE ORDER**

On September 27, 2007, this Court issued a Scheduling Order requiring Plaintiff to brief her position by November 30, 2007 and Defendants to respond by December 28, 2007. See Document No. 5. The Order required Plaintiff's filing to include "a detailed discussion of the issues addressed," and Defendant's filing to "specially address the issues raised by the plaintiff." Id. On November 30, 2007, Plaintiff filed a timely brief which identified five specific and distinct arguments as to why the ALJ committed error. Document No. 6 at 7-21. Each of these five arguments is set forth in a separately numbered section of Plaintiff's brief. In fact, Plaintiff's argument regarding the ALJ's evaluation of her carpal tunnel is additionally broken into four separately titled subsections.

On February 11, 2008 (after two extensions of time), Defendant filed his brief in response which did not "specifically address the issues raised by the plaintiff" as required by the Scheduling Order. Rather, Defendant's brief contains a single argument section which fails to specifically address the substantive merits of Plaintiff's individual arguments or, if it does address them, does so in a somewhat cursory fashion. Defendant's argument (excluding a boiler plate summary of the law) totals only five or so double-spaced pages. Document No. 9 at 12-19. The form and substance of Defendant's brief does not conform to the letter or spirit of the requirement in the Court's

Scheduling Order that it "specifically address the issues raised by the plaintiff." Needless to say, this does not assist the Court in its task of assessing Plaintiff's specific arguments in the context of a case which involved four ALJ hearings and an administrative record of well over 500 pages.

Accordingly, Defendant shall, on or before April 23, 2008, file a Response to this Order which shows cause as to why this Court should not recommend to Chief Judge Lisi that Plaintiff's Motion to Reverse With or Without Remand be GRANTED due to Defendant's failure to comply with the Scheduling Order. Plaintiff may reply on or before April 30, 2008.

SO ORDERED.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
April 9, 2008