UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHERYL MARDO

v. CA 07-281 ML

MICHAEL J. ASTRUE, Commissioner
Social Security Administration

## MEMORANDUM AND ORDER

This matter is before the Court on a Report and Recommendation issued by Magistrate Judge Almond on June 16, 2008. Neither party has filed an objection. This Court has reviewed the Report and Recommendation and finds that the factual determinations are fully supported by the record and that the legal conclusions are consistent with First Circuit precedent. Accordingly, this Court adopts the Report and Recommendation in its entirety. The Commissioner's Motion for an Order Affirming the Commissioner (Docket entry #9) is DENIED. Plaintiff'S Motion to Reverse with a Remand for Rehearing (Docket entry #6) is GRANTED.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
July 11, 2008