# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**CHERYL MARDO**

**Vs.** **C.A. NO. 07-281ML**

**MICHAEL J. ASTRUE**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Pursuant to the Memorandum and Order dated July 11, 2008 accepting the Report and Recommendation of Magistrate Judge Almond dated June 16, 2008, granting the Plaintiff's Motion to Reverse with Remand for a Rehearing, it is hereby adjudged that this case is remanded to the Commissioner for rehearing.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: July 11, 2008